UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA



Case No. _____ – Civ (Judge's Last Name/Magistrate's Last Name)

(GLYNDA HOLCOMB),

    Plaintiff (s)

vs.

(EQUAL EMPLOYMENT OPPORTUNITY COMMISSION),
SOUTH FLORIDA WORKFORCE INVESTMENT BOARD, CAREER SOURCE
OF SOUTH FLORIDA, AND MIAMI-DADE COUNTY.

    Defendant(s).

_____/

## COMPLAINT

I, __Glynda Holcomb__, plaintiff, in the above styled cause, sue defendant(s): mentioned above_____.

This action is filed under (indicate under which federal law or section of the U.S. Constitution this action is being filed): Title VI, Title VII, 42 USC 1983, and ADA 1990._____

Dated: November 25, 2023

                                  Respectfully submitted,

                                  *Glynda Holcomb*
                                  Name of Filer
                                  Pro Se Filer
                                  No Attorney on Record
                                  Contact information on Record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Civil Case Number:**_____

GLYNDA HOLCOMB
───────────────────────────────────────
(Write the full name of the plaintiff)

vs.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,
───────────────────────────────────────

SOUTH FLORIDA WORKFORCE INVESTMENT BOARD,
───────────────────────────────────────

CAREER SOURCE OF SOUTH FLORIDA, AND MIAMI-DADE COUNTY.
───────────────────────────────────────

───────────────────────────────────────
(Write the full name of the defendant/s in this case)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**I. Party Information**

A.  Plaintiff: GLYNDA HOLCOMB

   Address: ON RECORD

   Inmate/Prison No.: NOT APPLICABLE

   *Year* of Birth: ON RECORD   (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

vs.

B.  Defendant: Equal Employment Opportunity Commsion     Defendant: South Florida Workforce Investment Board

   Official Position: Commissioner       Official Position: CEO/President

   Place of Employment: Miami, FL        Place of Employment: Miami, FL

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

CareerSource of South Florida is managed by the Work Force Investment Board.

C. Defendant:          Miami-Dade County
   Official Position:     Mayor and Attorneys
   Place of Employment:  Miami, FL

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes.

Attach additional pages, if necessary.

Equal Employment Opportunity Commission conspired with Miami-Dade County and Miami-Dade County Attorneys during the complaint and charge process. The EEOC should have remained neutral and transparent. Miami-Dade County's Human Rights Division abandoned the internal complaint and did not follow local or state rules in regard to the formal complaint. One of the salaried attorneys was in direct contact with an investigator within the EEOC. This is unlawful and a violation of both protected complaint processes. The South Florida Work Force Investment Board ignored claims by Plaintiff and other applicants who experienced discrimination across managed locations. CareerSource is the public entity that allows for applicants to apply for work postings. Thus, local, state, and federal equal employment opportunity practices should guide all activities.

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

Plaintiff asks the Court for formal investigation into these matters across each mentioned setting. Plaintiff attests the incidents and occurrences are true and has record of the original grievances. Plaintiff asks the Court for an opportunity to guide independent research initiatives to reveal a correlation between the widening employment and wealth gap. Plaintiff wants to examine for a decrease in equal opportunity and gainful opportunities for the indigenous Black African American community and other African groups not limited to those of the Caribbean, African itself, and other Black designated groups. The sought correlation seeks to show a perfect positive relationship between the lack of equal employment opportunities, wealth, and increased risk factors associated with declines in health, education, etc.

## IV. Jury Demand

Are you demanding a jury trial? _X_ Yes ____ No

Signed this  25th  day of  November , 20 23

*Glynda Holcomb*
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: *Glynda Holcomb*

_____
Signature of Plaintiff

## Certificate of Service*

**I hereby certify** that a true and correct copy of the foregoing was served by [specify method of service] on [date] on all counsel or parties of record on the Service List below.

*Glynda Holcomb*
Signature of Filer

\*: a Certificate of Service is only required if filed conventionally (not through CM/ECF). see Section 3K(4), CM/ECF NextGen Administrative Procedures.